UNITED STATES of America,
Plaintiff—Appellee,

v.

Christopher MITCHELL, a/k/a Hassan Jones, Defendant—Appellant.

No. 12–6817.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 9, 2012.

Decided: Aug. 20, 2012.

Christopher Mitchell, Appellant Pro Se. John J. Frail, Steven Loew, Assistant United States Attorneys, Charleston, West Virginia, for Appellee.

Before WILKINSON, NIEMEYER, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Christopher Mitchell appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mitchell,* No. 2:90–cr–00020–2 (S.D.W.Va. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*